# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-34056-DRC |
| | § | |
| CATHRYN MILAZZO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/12/2013, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/19/2013                     By:   /s/ David P. Leibowitz
                                                     (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34056-DRC |
| | § | |
| CATHRYN MILAZZO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,500.00
*and approved disbursements of* $10.13
*leaving a balance on hand of[1] :* $2,489.87

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,489.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $625.00 | $0.00 | $625.00 |
| David P. Leibowitz, Trustee Expenses | $1.65 | $0.00 | $1.65 |

Total to be paid for chapter 7 administrative expenses: $626.65
Remaining balance: $1,863.22

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,863.22

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,863.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,693.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Illinois Student Assistance Commiss | $26,219.63 | $0.00 | $1,449.92 |
| 2 | Atlas Acquisitions LLC (GE Capital - Old Navy) | $300.33 | $0.00 | $16.61 |
| 3 | Capital One Bank (USA), N.A. | $7,173.49 | $0.00 | $396.69 |

|  | Total to be paid to timely general unsecured claims: | $1,863.22 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                     Case No. 12-34056-DRC
Cathryn Milazzo                                            Chapter 7
           Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1        User: csimmons              Page 1 of 2          Date Rcvd: Feb 19, 2013
                            Form ID: pdf006             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db           +Cathryn Milazzo,    5819 Burr Oak,    Berkeley, IL 60163-1424
19552543     +Atlas Acquisitions LLC (GE Capital - Old Navy),   294 Union St.,   Hackensack, NJ 07601-4303
19369404      Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
19474556     +Bank of America, N.A., successor by merger to BAC,   C/O,   Pierce & Associates,
               1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
19369405     +Capital One,   c/o Blatt Hasenmiller Leibsker Moor,   125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
19369406      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19369407     +Chase Bank,   340 S. Cleveland Ave. Bldg. 370,   Attn.: Bankruptcy Dept.,
               Westerville, OH 43081-8917
19369408     +Donald Milazzo,    4329 Sterling Ave.,   Downers Grove, IL 60515-3043
19369409     +Firstsource Advantage LLC,    205 Bryant Woods South,   Amhers, NY 14228-3609
19369412     +McGann & Matesevic, Ltd.,    29 S. LaSalle Street, Suite 425,   Chicago, IL 60603-1599
19369414     +Northland Group,   P.O. Box 390846,   Minneapolis, MN 55439-0846
19369415     +Pierce & Assoc.,   1 N. Dearborn,   Suite 1300,   Chicago, IL 60602-4373
19369416    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2158)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19498586     +E-mail/Text: bnc@atlasacq.com Feb 20 2013 04:39:00    Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
19622534      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2013 04:54:29    Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK 73124-8839
19369410     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Feb 20 2013 04:38:46
               Illinois Student Assistance Commiss,   1755 Lake Cook Rd.,   Deerfield, IL 60015-5209
19369411     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:36:57    LVNV Funding,
               P.O. Box 740281,   Houston, TX 77274-0281
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19369413*    +Donald Milazzo,   4329 Sterling Ave.,   Downers Grove, IL 60515-3043
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                **Signature:**   *Joseph Speetjens*

Case 12-34056    Doc 26    Filed 02/19/13    Entered 02/22/13 00:12:02    Desc Imaged
Certificate of Notice    Page 6 of 6

```
District/off: 0752-1          User: csimmons              Page 2 of 2                  Date Rcvd: Feb 19, 2013
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2013 at the address(es) listed below:

```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Heather M Giannino    on behalf of Creditor    Bank of America, N.A. heathergiannino@hsbattys.com,
               jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert N Honig    on behalf of Debtor Cathryn  Milazzo rnhonig@suburbanbankruptcy.com
                                                                                             TOTAL: 4
```