**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34056-DRC |
| | § | |
| CATHRYN MILAZZO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $146,800.00 | Assets Exempt: | $4,139.86 |
| Total Distributions to Claimants: | $1,863.22 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $636.78 | | |

3) Total gross receipts of $2,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $159,282.24 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $636.78 | $636.78 | $636.78 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $41,344.68 | $33,693.45 | $33,693.45 | $1,863.22 |
| **Total Disbursements** | $200,626.92 | $34,330.23 | $34,330.23 | $2,500.00 |

4). This case was originally filed under chapter 7 on 08/28/2012. The case was pending for 9 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/08/2013         By:  /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Recovery of funds held by Debtor's boyfriend. | 1241-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $125,096.00 | NA | $0.00 | $0.00 |
| | U.S. Bank | 4110-000 | $34,186.24 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$159,282.24** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.00 | $625.00 | $625.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.65 | $1.65 | $1.65 |
| Green Bank | 2600-000 | NA | $10.13 | $10.13 | $10.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $636.78 | $636.78 | $636.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Student Assistance Commiss | 7100-000 | $20,606.00 | $26,219.63 | $26,219.63 | $1,449.92 |
| 2 | Atlas | 7100-900 | NA | $300.33 | $300.33 | $16.61 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | Acquisitions LLC (GE Capital - Old Navy) | | | | | |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $6,816.41 | $7,173.49 | $7,173.49 | $396.69 |
|   | Chase | 7100-000 | $2,029.53 | NA | NA | $0.00 |
|   | Chase Bank | 7100-000 | $58.17 | NA | NA | $0.00 |
|   | LVNV Funding | 7100-000 | $295.00 | NA | NA | $0.00 |
|   | McGann & Matesevic, Ltd. | 7100-000 | $11,539.57 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,344.68 | $33,693.45 | $33,693.45 | $1,863.22 |

Case 12-34056    Doc 29    Filed 05/08/13    Entered 05/08/13 10:32:58    Desc Main
                                Document      Page 4 of 7

FORM 1

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-34056-DRC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MILAZZO, CATHRYN | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 5/8/2013 | §341(a) Meeting Date: | 10/02/2012 |
| | | Claims Bar Date: | 01/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Single family residence commonly known as 5819 Burr Oak Avenue Berkeley, IL 60163-1424 (Value stated is for entire residence -- not merely debtor's 1/2 interest) | $144,000.00 | $0.00 | | $0.00 | FA |
| 2 Cash on hand (approximate) | $100.00 | $0.00 | | $0.00 | FA |
| 3 Checking Account -9431 Suburban Bank and Trust PO Box 419 Elmhurst, IL 60126 Balance is approximate | $1,039.86 | $0.00 | | $0.00 | FA |
| 4 Savings account -0044 Suburban Bank and Trust PO Box 419 Elmhurst, IL 60126 Balance is approximate | $400.00 | $0.00 | | $0.00 | FA |
| 5 Usual and typical household items includings 1 sofa, 1 lounge chair, 1 kitchen table set, 1 china cabinet, 1 television cabinet, 1 lamp, 1 coffee table, 1 desk and chair set, 3 televisions, 1 DVD player, 3 beds, 3 dressers, 1 lawnmower, 1 computer | $1,700.00 | $1,700.00 | | $0.00 | FA |
| 6 Usual and typical used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 7 golf clubs | $100.00 | $100.00 | | $0.00 | FA |
| 8 2001 Land Rover Discovery (112,000 miles) | $3,400.00 | $1,000.00 | | $0.00 | FA |
| 9 Recovery of funds held by Debtor's boyfriend. (u) | $0.00 | $3,000.00 | | $2,500.00 | $500.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$150,939.86     $5,800.00     $2,500.00     $500.00

**Major Activities affecting case closing:**
Review Claims and Prepare TFR
TFR Completed for Trustee's review.
TFR sent to UST office for review and approval
Prepare TDR

| Initial Projected Date Of Final Report (TFR): | | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 12/31/2012 | DAVID LEIBOWITZ |

Page No: 1
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 12-34056   Doc 29   Filed 05/08/13   Entered 05/08/13 10:32:58   Desc Main
Document   Page 6 of 7

| Case No. | 12-34056-DRC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MILAZZO, CATHRYN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9084 | | Checking Acct #: | ******5601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/28/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/10/2012 | (9) | Robert N. Honig | Funds paid by Debtor as settlement of preferential payment. | 1241-000 | $2,500.00 | | $2,500.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.21 | $2,497.79 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.16 | $2,493.63 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.76 | $2,489.87 |
| 03/13/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.00 | $1,864.87 |
| 03/13/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.65 | $1,863.22 |
| 03/13/2013 | 3003 | Illinois Student Assistance Commiss | Claim #: 1; Amount Claimed: 26,219.63; Amount Allowed: 26,219.63; Distribution Dividend: 5.53; | 7100-000 | | $1,449.92 | $413.30 |
| 03/13/2013 | 3004 | Atlas Acquisitions LLC (GE Capital - Old Navy) | Claim #: 2; Amount Claimed: 300.33; Amount Allowed: 300.33; Distribution Dividend: 5.53; | 7100-900 | | $16.61 | $396.69 |
| 03/13/2013 | 3005 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 7,173.49; Amount Allowed: 7,173.49; Distribution Dividend: 5.53; | 7100-900 | | $396.69 | $0.00 |
| | | | TOTALS: | | $2,500.00 | $2,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,500.00 | $2,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,500.00 | $2,500.00 | |

| For the period of 8/28/2012 to 5/8/2013 | | For the entire history of the account between 10/12/2012 to 5/8/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.00 | Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 | Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,500.00 | Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 | Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 12-34056-DRC | |
| **Case Name:** | MILAZZO, CATHRYN | |
| **Primary Taxpayer ID #:** | ******9084 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/28/2012 | |
| **For Period Ending:** | 5/8/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5601 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,500.00 | $2,500.00 | $0.00 |

**For the period of 8/28/2012 to 5/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/28/2012 to 5/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ